# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **BRADLEY WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.  1:20-cv-00088-GZS |
| ) | |
| **WALDO COUNTY JAIL, et al.** ) | |
| ) | |
| **Defendants** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 2) filed March 12, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Petitioner's motion for habeas relief under 28 U.S.C. Section 2254 (ECF No. 1) is **DISMISSED**.   A certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2254 Cases.

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 6th day of May, 2020.